a writ of habeas corpus denied as insufficient on its face. Herlihy, P. J., Reynolds, Staley, Jr., and Greenblott, JJ., concur.

█ THE PEOPLE OF THE STATE OF NEW YORK ex rel. LEONARD ANTHONY PORTER, JR., Petitioner, v. PAUL C. AGNEW, as Director of Dannemora State Hospital, et al., Respondents.— Application, pursuant to CPLR 7002 (subd. [b], par. 2), for a writ of habeas corpus denied for failure of compliance with article 70 of the CPLR, and more particularly with the provisions of CPLR 7002 (subd. [c], pars. 1, 6) thereof, and as otherwise insufficient on its face. Herlihy, P. J., Reynolds, Aulisi, Staley, Jr., and Greenblott, JJ., concur.

█ DOROTHY PASS, as Administratrix of the Estate of SAMUEL SHERWIN, Deceased, Appellant, v. BEATRICE SPIRT, Also Known as BILLIE SPIRT, Respondent.— Motion for a stay pending appeal denied, without costs (see CPLR 5519, subd. [a], par. 4). Herlihy, P. J., Reynolds, Staley, Jr., Greenblott and Cooke, JJ., concur.

█ THE PEOPLE OF THE STATE OF NEW YORK ex rel. HENRY HAWKINS, Petitioner, v. PAUL C. AGNEW, as Director of Dannemora State Hospital, Respondent.— Application, pursuant to CPLR 7002 (subd. [b], par. 2), for a writ of habeas corpus denied for failure of compliance with article 70 of the CPLR, and more particularly with the provisions of CPLR 7002 (subd. [c], pars. 1, 6) thereof, and as otherwise insufficient on its face. Herlihy, P. J., Reynolds, Greenblott, Cooke and Sweeney, JJ., concur.

## (June 25, 1970)

█ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ERNEST BROWN, Petitioner, v. J. EDWIN LA VALLEE, as Warden of Clinton Prison, Respondent.— Application, pursuant to CPLR 7002 (subd. [b], par. 2), for a writ of habeas corpus denied as insufficient on its face. Herlihy, P. J., Reynolds, Aulisi, Staley, Jr., and Sweeney, JJ., concur.

█ TROJAN CONTRACTING COMPANY, INC., Respondent, v. CITY OF TROY, Appellant.— Motion for a stay pending appeal denied as unnecessary, without costs. (See CPLR 5519, subd. [a], par. 1; *Union Free School Dist. No. 7, Town of Greenburgh* v. *Allen*, 30 A D 2d 629, mot. for lv. to app. den. 22 N Y 2d 644; *Hacker* v. *City of New York*, 25 A D 2d 35, 37.) Respondent may, if so advised, move pursuant to CPLR 5519 (subd. [c]) to vacate, limit or modify the automatic statutory stay obtained by appellant. Herlihy, P. J., Reynolds, Aulisi, Staley, Jr., and Greenblott, JJ., concur.

## (June 29, 1970)

█ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIE DUPUIS, Appellant.— MEMORANDUM BY THE COURT. Appeal by the defendant from a judgment of the County Court, Clinton County, rendered August 4, 1966 upon a verdict convicting the appellant and two others of the crime of committing a felony murder (Penal Law, § 1044, subd. 2). The appellant and two others, Guy Beaudet and Rene Pilon, were convicted for the murder of a bank employee killed during the March 22, 1965 robbery of a bank at Ellenburg Depot. The relevant facts as to this case are set forth in the prior decisions of this court upon the appeals brought by the appellant's codefendants (*People* v. *Pilon*, 30 A D 2d 365; *People* v. *Beaudet*, 31 A D 2d 705). Several of the contentions raised by the appellant are governed by the decisions in the *Pilon*